IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:25cr252-MHT
                            )             (WO)
MICHAEL HUNTER FARRELL      )
```

SUPPLEMENTAL ORDER ON SUPERVISED RELEASE

In accordance with the special conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 60 days of the commencement of supervised release if the defendant finished his term of incarceration in a residential reentry center, or within 100 days of commencement of supervision if the defendant was released straight from a prison, the probation department shall file with the court a status report (a) that notifies the court that the probation department has completed its assessments of the defendant; (b) that states whether the probation department recommends any additional special conditions

of supervision or any modifications to any previously imposed conditions; (c) that identifies proposed arrangements for mental-health treatment to address the defendant's psychological needs, with a focus on drug addiction and interrupting defendant's self-defeating pattern of repeated gun possession despite adverse consequences; and (d) that requests the setting of an in-person status conference. (If the probation department needs additional time to complete the assessments, it should file a request for such.)

(2) The status conference will focus on the probation's assessment of the defendant's needs regarding supervision; the conditions of supervision; the need, if any, for modifications to the conditions of supervision in light of the defendant's current circumstances; and what type of mental-health, substance-abuse, or other evaluations, if any, are needed. The defendant shall attend the conference.

(3) Should the probation department see an immediate need for any evaluations to take place prior to the conference, it need not wait.

DONE, this the 25th day of November, 2025.

                              /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**